In The United States District court
For The District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 JAN -5 AM 9:03
CLERK'S OFFICE
AT BALTIMORE
BY__________DEPUTY

Mr Michael Lawrence Peck
5812 Simmonds ave Apt C
Baltimore Md 21215
Plaintiff

civil Action no RDB15CV0032

V

United States Postal service
Main office
900 E Fayette street
Baltimore Md 23803
Defendant

To the
clerk office

For the following documents to be view by Judge Richard D Bennett

why is there no civil Action Docket Number Plaintiff filed this case on 14 Nov 2014 Am 10:58 add document to the case filed

Mr Michael L Peck
Mr Michael Lawrence Peck
Pro Se

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 NOV 14 AM 10: 58
CLERK'S OFFICE
AT BALTIMORE
BY________DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Mr Michael Lawrence Park
5812 Simmonds ave Apt C
Baltimore Md 21215
(Full name and address of the plaintiff)
**Plaintiff(s)**

filed

Cd P 7

vs.

RDB15CV0032

**Civil No.:**____________
(Leave blank. To be filled in by Court.)

United State Postal Service
Main office
900 E Fayette street
Baltimore Md 21083

(Full name and address of the defendant(s))
**Defendant(s)**

******

**COMPLAINT**

1. Jurisdiction in this case is based on:

☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

☒ Other (explain) Plaintiff filing a Gross Negligence class action Lawsuit claiming breach of contract under Negligents for suing the Defendant United State Postal Service

Plaintiff I am filing a Gross Negligence Class action Lawsuit claiming breach of contract under Negligence suing the Defendant United States Postal Service

USPS - Main Office Window
Baltimore, Maryland
212339715
2303830001 -0091
10/28/2014 (800)275-8777 01:23:49 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20500-0003 Zone-1 Priority Mail 1-Day Legal Flat Rate Env 1 lb. 10.10 oz. Expected Delivery: Wed 10/29/14 Includes $50 insurance | | | $5.90 |
| Return Rcpt (Green Card) | | | $2.70 |
| Certified USPS Certified Mail #: 70060100000108463174 | | | $3.30 |
| Issue Postage: | | | $11.90 |
| Total: | | | $11.90 |
| Paid by: Cash | | | $20.00 |
| Change Due: | | | -$8.10 |

For tracking or inquiries go to USPS.com or call 1-800-222-1811.

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

Bill#: 1000903991833
Clerk: 16

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

[Handwritten annotations on receipt: Guaranty Promise Delivery breach of contract & Pamlet Book; Negligent; Legal Flat Rate Env 1 lb 10.10 oz Bo; Flat Rate Priority Mail Guaranty Promise Delivery ?; Gross Negligence; breach of contract under Negligence; Return Rept (Green card) contracted ?]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Barack Obama
White House
1600 Pennsylvania ave
Washington DC 20500

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery NOV 10 201

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 0100 0001 0846 3174

PS Form 3811, July 2013 Domestic Return Receipt

Defendant United States Postal service
Return Receipt Requested.
stamp missing.
Negligent Defendant

7006 0100 0001 0846 3174

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20500
**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $5.90 | 0001 |
| Certified Fee | $3.30 | 16 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | BALTIMORE MD MCWS OCT 25 2014 |
| Total Postage & Fees | $ $11.9 | 10/28/2014 |

Sent To President Barack Obama
Street, Apt. No.; or PO Box No. 1600 Pennsylvania ave
City, State, ZIP+4 Washington DC 20500

PS Form 3800, June 2002 See Reverse for Instructions

Plaintiff I am filing a Gross Negligence class action lawsuit claiming breach of contract under Negligents for suing the Defendants United states Postal service Negligents

USPS - Main Office Window
Baltimore, Maryland
212339715
2303830001 -0091
10/28/2014 (800)275-8777 01:23:49 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ~~ WASHINGTON DC 20500-0003 Zone-1 Priority Mail 1-Day Legal Flat Rate Env 1 lb. 10.10 oz. Expected Delivery: Wed 10/29/14 Includes $50 insurance | | | $5.90 |
| Return Rcpt (Green Card) | | | $2.70 |
| Certified USPS Certified Mail #: 70060100000108463174 | | | $3.30 |
| | | | ======== |
| Issue Postage: | | | $11.90 |
| Total: | | | $11.90 |
| Paid by: Cash | | | $20.00 |
| Change Due: | | | -$8.10 |

Guaranty Promise Delivery breach of contract? Pamlet Book ? Negligent? Legal Flat Rate Env 1 lb 10.10 oz Bo

For tracking or inquiries go to USPS.com or call 1-800-222-1811.

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

Flat Rate Priority Mail Guaranty Promise Delivery

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Gross Negligence

~~ Save this receipt as evidence of insurance. For information on filing an insurance claim go to usps.com/ship/file-domestic-claims.htm.

breach of contract under Negligents

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

Return Rcpt (Green Card) contracted ?

Bill#: 1000903991833
Clerk: 16

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Barrack Obama
White House
1600 Pennsylvania av
Washington DC 20500

2. Article Number (Transfer from service label) 7006 0100 0001 0846 3174

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery NOV 10 2014

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☑ Certified Mail ☐ Priority Mail Express™ ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Barrack Obama
White House
1600 Pennsylvania ave
Washington DC 20500

2. Article Number (Transfer from service label) 7012 3460 0000 8459 2920

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M

**COMPLETE THIS SECTION ON DELIVERY**

THE WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500

B. Received by (Printed Name) C. Date of Delivery MAY 2 - 2013

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

**RETURN RECEIPT REQUESTED**

3. Service Type ☑ Certified Mail ☐ Express Mail ☑ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Defendant United States Postal service Return Receipt Requested stamp missing Defendant United states Postal service Negligents

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

President Barrack obama
White House
1600 Pennsylvania ave
Washington DC 20500

COMPLETE THIS SECTION ON DELIVERY

THE WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery JUN -6 2013

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Transfer from service label) 7006 0100 0001 0864 2692

Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20500

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $2.52 | 0008 |
| Certified Fee | $3.10 | 12 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $8.17 | 04/29/2013 |

CALVERT STATION APR 29 2013 USPS

President Barrack obama
Apt. No.; or PO Box No. 1600 Pennsylvania ave
City, State, ZIP+4 Washington DC 20500

PS Form 3800, August 2006 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Barrack obama
White house
1600 Pennsylvania ave
Washington DC 20500

COMPLETE THIS SECTION ON DELIVERY

THE WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500

A. Signature ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery MAY 2 - 2013

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type ☒ Certified Mail ☐ Express Mail ☒ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7012 3460 0000 8459 2920

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20500

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.80 | 0008 |
| Certified Fee | $3.10 | 12 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $11.45 | 04/18/2013 |

BALTIMORE MD 21202 CALVERT STATION APR 18 2013

President Barrack obama
Apt. No.; or PO Box No. 1600 Pennsylvania ave
City, State, ZIP+4 Washington DC 20500

PS Form 3800, August 2006 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President barrack obama
White House
1600 Pennsylvania ave
Washington D.C 20500

COMPLETE THIS SECTION ON DELIVERY

THE WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500

A. Signature X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery MAY 14 2013

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type ☒ Certified Mail ☐ Express Mail ☒ Registered ☐ Return Receipt for Merchandise ☒ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7012 3460 0000 8464 3714

U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT (Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20500

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $5.60 | 0008 |
| Certified Fee | $3.10 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $11.25 | 05/21/2013 |

BALTIMORE MD 21202 CALVERT STATION MAY 20 2013

President Barrack obama
1600 Pennsylvania ave
Washington DC 20500

June 2002 See Reverse for Instructions

Plaintiff I am filing a Gross Negligence class action Lawsuit claiming breach of contract under Negligent/tort suing the Defendant United States Postal Service

USPS - Main Office Window
Baltimore, Maryland
212339715
2303830001 -0091
0/28/2014 (800)275-8777 01:23:49 PM

Sales Receipt

| roduct escription | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| -- WASHINGTON DC 20500-0003 Zone-1 Priority Mail 1-Day Legal Flat Rate Env 1 lb. 10.10 oz. Expected Delivery: Wed 10/29/14 Includes $50 insurance | | | $5.90 |
| Return Rcpt (Green Card) | | | $2.70 |
| Certified USPS Certified Mail #: 70060100000108463174 | | | $3.30 |
| Issue Postage: | | | $11.90 |
| Total: | | | $11.90 |
| Paid by: Cash | | | $20.00 |
| Change Due: | | | -$8.10 |

(handwritten: Guaranty Promise Delivery breach of contract? Lamblet Bush; Negligent?; Legal Flat Rate Env 1lb 10.10 oz Bo)

For tracking or inquiries go to USPS.com or call 1-800-222-1811.

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.

(handwritten: Flat Rate Priority Mail Guaranty Promise Delivery ?)

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

(handwritten: Gross Negligence)

-- Save this receipt as evidence of insurance. For information on filing an insurance claim go to usps.com/ship/file-domestic-claims.htm.

(handwritten: breach of contract under Negligent)

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

(handwritten: Return Rept (Green) Destroyed ?)

Bill#: 1000903991833
Clerk: 16

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Barack Obama
White House
1600 Pennsylvania ave
Washington DC 20500

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery NOV 10 2014
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

President Barrack Obama
White house
1600 Pennsylvania ave
Washington DC 20500

**COMPLETE THIS SECTION ON DELIVERY**

THE WHITE HOUSE OFFICE
WASHINGTON, D.C. 20500

B. Received by (Printed Name) C. Date of Delivery MAY 2 - 20
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justice Department
ATTN Attorney General Eric Holder
950 Pennsylvania ave N.W.
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X ☐ Agent ☐ Addressee
B. Received by (Printed Name) C. Date of Delivery NOV
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7011 2000 0000 4596 0801

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M



Letter Mail ... United States Postal Service writing agreement Pamplet or Book of service to provide for postal customer in writing? Breach of contract of a writing, Guaranty? Promise?

President Barnard ...

CALVERT FINANCE STATION USPS
BALTIMORE, Maryland
212029997
USPS - Main Office Window
Baltimore, Maryland
212339715
2303830001 -0091
10/28/2014 (800)275-8777 01:23:49 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20500-0003 Zone-1 Priority Mail 1-Day Legal Flat Rate Env 1 lb. 10.10 oz. Expected Delivery: Wed 10/29/14 Includes $50 insurance | | | $5.9 |
| Return Rcpt (Green Card) | | | $2.70 |
| Certified | | | $3.30 |
| USPS Certified Mail #: 70060100000108463174 | | | |
| Issue Postage: | | | $11.90 |
| Total: | | | $11.90 |
| Paid by: Cash | | | $20.00 |
| Change Due: | | | -$8.10 |

Guaranty Promise Delivery breach of contract Pamplet
Negligent?
Legal Flat Rate Env 1 lb 10.10 oz

For tracking or inquiries go to USPS.com or call 1-800-222-1811.
**************************************
**************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
Flat Rate
**************************************
**************************************
Priority Mail Guaranty Promise Delivery?
In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.
Gross Negligence
Save this receipt as evidence of insurance. For information on filing an insurance claim go to usps.com/ship/file-domestic-claims.htm.
Breach of contract under Negligence
Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
**************************************
**************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
**************************************
**************************************
Return Rcpt (Green Card) contract?
Bill#: 1000903991833
Clerk: 16

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

UNITED STATES POSTAL SERVICE
500 SW Gary Ormsby Dr
Topeka KS 66624-9993

Inside: Everything you need to win the holidays.

ELECTRONIC SERVICE REQUESTED
*****************ECRWSS**C-050
3114358094? 3334-669-00/0075
AMS01
Postal Customer
5812 Simmonds Ave Apt 3
Baltimore, MD 21215-4017

Negligent?

HP-11/18-OM

PRESORTED STANDARD
POSTAGE & FEES PAID
USPS
PERMIT NO. G-10

FSC MIX Paper from responsible sources FSC® C084269

Mr Michael Peck
5812 Simmonds ave Apt 3
Baltimore Md 21215

Guaranty? Promise?

In The United State District court
For The District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 DEC 29 AM 8:59
CLERK'S OFFICE
AT BALTIMORE
BY________DEPUTY

Mr Michael Lawrence Peck
5812 Simmonds ave Apt 2c
Baltimore Md 21215
Plaintiff

Copy

civil Action No ________

V

United States Postal service
Main office
900 E Fayette Street
Baltimore Md 2380?
Defendant

To the
Clerk office

For the following docoment to be view by Senior Judge William M Nickerson why is there no civil Action Docket Number Plaintiff filed this case on 14 Nov 2014 Am 10:58 add docoment to the case filed

[signature]
Mr Michael L Peck
Pro Se

In The United State District Court
for The District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 DEC -5 PM 1:52
CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

Mr Michael Lawrence Pack
5812 Simmonds ave Apt c
Baltimore Md 21215
Plaintiff

Civil No ______

Vs

United States Postal service
Main office
900 E Fayette street
Baltimore Md 21083

To the
Clerk

on 14Nov 2014 Am 10.58 case was filed for the Judge to review the document and be added to the case filed

[signature]
Mr Michael L Pack
Pro se

Evidence letter

Mail

Exhibits

To

President Barrack obama

white House

1600 Pennsylvania ave

Washington DC 20500

Evidence Exhibits

Plaintiff filed this case

on 19 Nov 2014 Am 1008

InJustice is Not Justice?

Federal court Judges have violated Mr Pack civil rights in my my filing of Mr Pack Lawsuit and this is the corrupt made against Mr Pack civil rights violation Lawsuit by the Federal courts that they violated Mr Pack civil right by violating the United States constitution you both are lawyers in passing a Bill Freedom to protect All African American people from criminal background check they discriminatory and discrimination is unconstitutional InJustice is not Justice? when it come to African American them being able to getting Job, Housing and voting discrimination unconstitutional we African American are riding in the back of the bus Rossa Parks Mrs Obama what if Rossa Parks didn't take a stand you and your little girls would be riding in the back of the bus and Mr Obama if Dr Martin Luther King didn't take a stand there would be no civil Rights and discrimination would have kept Mr obama from being President Black and white only discrimination is unconstitutional this is why African American to need a Freedom Bill passing by you husband in helping in Jobs, Housing and voting to stop discrimination unconstitutional from criminal background check made against 99% of African American prisoner on homeless this must stop you both are educated injustice not Justice you both are African American and your children are Dr Martin Luther King won't be President, Rossa Parks won't be the First Lady and I Mr Pack and my baby girl both serve in the Army tell my baby girls disable from Iraqi War won't see th Inside of the white house on love there Freedom is not free Mrs Obama you must take a stand because you are African American and to help the African America People

InJustice is not Justice? Thank You

Injustice is not Justice ?

Opening Statement (and) closing Statement

I am the Plaintiff Michael Lawrence Pack filing class action Lawsuit against Defendant MTA officer AnJanette Jones I the Plaintiff Michael Lawrence Pack am claiming the grounds for the Lawsuit Federal question (suit is based upon a federal statute or provision of the United States constitution constitutional due process rights (denied) Plaintiff Michael Lawrence Pack under 4 Amendment a civil right violation Plaintiff Michael Lawrence Pack violated 42 USC § 1983 against Defendant MTA officer AnJanette Jones under Fourth Amendment of the United State constitution and by a federal statutes protecting the civil rights of all person within the United states namely 42 USC 1983 I the Plaintiff Michael Lawrence Pack has brought the above captioned action against MTA officer AnJanette Jones alleging the claim of a civil right violation under 42 USC 1983 for the reason set forth herein Judgement in favor of Plaintiff Michael Lawrence Pack claim damages alleged to have been sustained as the Result of a deprivation under color of state Law of a right secured to Plaintiff Michael Lawrence Pack by the Fourth amendment of the United States constitution and federal Statutes protection the civil Right of all person within the United State namely ? 42 USC § 1983 An injury or damages is proximately caused by a act when ever it appears from the evidence in the case actully causing the Injury or damages to plaintiff Michael Lawrence Pack The Plaintiff Michael Lawrence Pack claims that the Defendant MTA officer AnJanette Jones Intentionally deprived? the Plaintiff Michael Lawrence Pack of Right under the constitution of the United States under the constitution of the United States ? the constitution of the United States and the Right not to be (Arrested ? a citizen has both the Right to his liberty and the Right without due process of Law) Plaintiff Michael Lawrence Pack He also has the Right under constitution not to be subject to an (Arrest without a warrant)? Plaintiff Michael Lawrence Pack a person may sue for a award of money damages against anyone Defendant MTA officer AnJanette Jones who under color of any state Law or custom intentionally violates his Right Plaintiff Michael Lawrence Pack under the constitution of the United states 4 Amendment civil Rights violation with in United States namely 42 USC 1983 ?

Injustice is not Justice ?



STATE OF MARYLAND
Mass Transit
Administration
CITATION

DEFENDANT Michael Lawrence Pack
FIRST MIDDLE LAST NAME

ADDRESS 5911 Lawellyn Ave

CITY Balto CO. STATE md ZIP 21207

SOUNDEX NO. STATE

OTHER I.D. 2V3 280

| PHONE NO. | RACE | SEX | HEIGHT | WEIGHT | AGE | D.O.B. |
|---|---|---|---|---|---|---|
| | B | M | 5 11 | 165 | 41 | 12/21/61 |

| VIOLATION DATE | TIME | AM/PM | COUNTY/CITY |
|---|---|---|---|
| 04/17/03 | 1842 | PM | Balto |

LOCATION OF VIOLATION: 220 N. Centre St.

| VIOLATION OF | ARTICLE | SECTION | SUB-SECTION | PARA. |
|---|---|---|---|---|
| | TA | 7 | 705 | |

CHARGE: Failure to exhibit proof of payment

Voided ?

The preset fine established by the District Court for this offense is $ 30.00 which includes court costs.
You have the right to stand trial or to pay the fine listed above and avoid trial.

Location of court appearance or payment of fine: Balto
District Court of Maryland for ________ County/City
located at

☐ You are hereby summoned to appear in the District Court of Maryland at the above listed location on ________, 20__ at ____ M.

☒ You will be notified by the Court when and where to appear for trial.

**Your failure to obey this Citation may result in the issuance of a warrant for your arrest.** (See reverse for important information.)

I sign my name as receipt of a copy of this Citation and not as an admission of guilt. I also sign my name as a written promise to appear for trial at the date and time and in the District Court specified above, unless, prior to trial, I elect to plead guilty by payment of a preset fine.

X [signature] Voided ?
SIGNATURE OF DEFENDANT

WARNING:
**REFUSAL TO SIGN THIS CITATION MAY LEAD TO YOUR ARREST**

I do solemnly declare and affirm under penalty of perjury that the contents of the foregoing document are true and correct to the best of my knowledge and belief.

Officer's Signature [signature] DATE 04/17/03

| DIST. CT. NO. | AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|---|
| 0101 | MTA | 0001 | 0168 |

DEFENDANT COPY

Citation ? Error ? Name of Police Officers ?
citation
Voided ????

MTA Anjanette Jones error spelling the name is Gross Negligence Voided ? the citation ① A.K.A ??

MTA Anjanette Jones is Gross Negligence Violation the Digest of criminal Law Maryland Police and correction Training commissions Book Voided ? the citation Book Page 33
(i) the citation shall ????
(1) the name and address of the ?? person charged ????
citation is Voided ??

Mr Michael L Pack ???
was never criminal charged in citation ???
04-17-03
Voided

Case 00936450M4
1 October 2008
Voided ??

Mass Transit Prohibit Act Voided illegal
(9) (F) Transportation Article 7-705 Voided illegal
Judges constitutional due process rights denied Mr Pack ???? 598(3) and (9)
(NO) Due process of law under 5 Amendment Rule
Mr Pack was not criminal charged illegal Arrested
illegal Voided Judges Attorney for Defendant - Police ??
Mr Pack does can't provide counsel



Rule 59(b)(3) Fraud misrepresentation or other misconduct of an adverse party (4) the judgment is void

MTA officer AnJanette Jones State of Maryland Mass Transit Administration citation 04-17-03 Voided case 0093645OMY Voided ??

MTA officer AnJanette Jones ?

Citation Read page 13

son's business, a person may not knowingly:

(1) possess a keg that has not been registered under or does not have a registration form affixed to it as required by § 21-106 of this Article; or

(2) remove, alter, or obliterate, or allow to be removed, altered, or obliterated, a registration form that is affixed to a keg.

(b) a person may not allow an individual under the age of 21 years to consume any of the contents of a keg purchased by that person.

Criminal Law Article 22-106 ? Read page 13

illegal MTA Police 114

**Citation**

(a) a person who violates §§ 22-101 through 22-106 of this subtitle shall be issued a citation under this section.

(b) a citation for a violation of §§ 22-101 through 22-106 of this subtitle may be issued by:

(1) a police officer authorized to make arrests;

(2) in state forestry reservations, state parks, historic monuments, and recreation areas, a forest or park warden under § 5-206(a) of the natural resources Article; and

(3) in Anne Arundel County, Frederick County, Harford County, Montgomery County, and Prince George's County, and only in the inspector's jurisdiction, an alcoholic beverages inspector who investigates license violations under this Article if the inspector:

(i) has successfully completed an appropriate program of training in the proper use of arrest authority and pertinent police procedures as required by the board of license commissioners; and

(ii) does not carry firearms in the performance of the inspector's duties. MTA officer (c)

(c) a person authorized under this section to issue a citation shall issue it if the person has probable cause to believe that the person charged is committing or has committed a code violation. illegal

(d)(1) subject to paragraph (2) of this subsection, the form of citation shall be as prescribed by the district court and shall be uniform throughout the state.

(2) the citation shall contain: Name of Person

(i) the name and address of the person charged; illegal

(ii) the statute allegedly violated;

(iii) the location, date, and time that the violation occurred;

(iv) the fine that may be imposed; Voided illegal

(v) a notice stating that prepayment of the fine is not allowed;

(vi) a notice that the district court shall promptly send the person charged a summons to appear for trial; person charged

(vii) the signature of the person issuing the citation; and signature

(viii) a space for the person charged to sign the citation.

(e)(1) the issuing jurisdiction shall forward a copy of the citation and a request for trial to the district court in the district having venue. No arrest warrant

(2) the district court shall promptly schedule the case for trial and summon the defendant to appear. failure of the defendant to respond to the summons is contempt of court. No arrest warrant

(f)(1) for purposes of this section, a violation of §§ 22-101 through 22-106 of this subtitle is a code violation and is a civil offense.

(2) a person charged who is under the age of 18 years shall be

citation (Name) ? Voided

Mass Transit Prohibited Act To the person charged (a)(b)(c) Voided 04-17-03 citation case 0093645O Voided

...ne land, ...vice of the ...per or neces- ...and every mem- ...d, in enforcing the ...ace or police officers ...such members, and their ...ate. Active State service or ...ds or preparations there for or ...raining of the militia while in its ...the United States

MARYLAND
POLICE AND CORRECTIONAL TRAINING COMMISSIONS

Public Safety Article 13-402

**Mass Transit-Prohibited Acts** illegal Acts Voided

(a) A person who, for the purpose of accepting transportation, boards a vehicle owned or controlled by the Administration shall pay the correct fare in the required manner.

(b) A person who fails to pay the correct fare in the required manner and who then willfully refuses to leave the vehicle is guilty of a misdemeanor and on conviction is subject to a fine not exceeding $250. Not guilty not charged

(c) Any person who engages in any of the following acts in a public Mass Transit bus, rapid rail car, or transit station is guilty of a misdemeanor: illegal To the person charged

(1) Expectorate;

(2) Smoke or carry a lighted or smoldering pipe, cigar, or cigarette;

(3) Consume food or drink, or carry any open food or beverage

MTA Police Officer ? Name ?

04-17-03 citation Voided case 0093645OMY Voided

MTA officer AnJanette Jones State of Maryland Mass Transit Administrations citation 04-17-03 criminal charged Michael Lawrence Poole who is not a person Voided case 0093645OMY under Rule 59 B(3) and (4) Void case 0093645OMY ?

DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY
501 E. FAYETTE STREET (C)
BALTIMORE MD 21201

InJustice is not Justice?

CITATION: 00936450M4 MT
04-17-03 Voided
Voided ???

TO: POOLE, MICHAEL LAWRENCE
5411 LEWELLYN AVE
BALTO MD 21207

STATE OF MARYLAND VS POOLE, MICHAEL LAWRENCE

Federal court Judges are the Attorney for the Police ???

NOTICE OF TRIAL DATE

YOU ARE HEREBY SUMMONED TO APPEAR FOR THE TRIAL OF THE CHARGES LISTED ON THE CITATION IDENTIFIED ABOVE. THE TRIAL WILL BE HELD ON SEPTEMBER 16, 2003 AT 02:00 PM AT THE DISTRICT COURT LOCATED AT 501 E. FAYETTE STREET , BALTIMORE , MD. IN ROOM 7 . IF YOU DO NOT CHOOSE TO CONTEST THE CHARGE, YOU MAY PAY THE FINE AND NOT APPEAR FOR TRIAL. ENCLOSE THIS NOTICE WITH YOUR CHECK OR MONEY ORDER AND SEND TO THE COURT ABOVE. FAILURE TO APPEAR OR PAY THE FINE WILL RESULT IN AN ADDITIONAL FINE OF $100. citation

BY: LONNIE P. FERGUSON (CLERK) DATE: 08/22/03

In Justice is not Justice?

Federal court Judges constitutional due process Rights denied Mr Pack ?? case No RDB-11-1576, RDB-11-3469 and RDB-12-131 ??? WMN-11-1962 ?? Rule 59 (b) (3) and (4) Voided 00934450M4 Voided Mr Pack prose can't provide counsel? Judges Attorney? Voided for Defendant the police case 00934450M4 ??? Defendant MTA officer Antonette Jones Lied coverup conspiracy? Perjury Voided ? ??
Federal court Judges constitutional due process Rights denied Mr Pack ?
Rule 59 (b)(3) and (4) case 00934450M4 Voided Illegal arrested

In Justia is not Justice ?

BLACK LINES ON OTHER SIDE ARE DISTORTED, BROKEN OR SMEARED, DO NOT OPEN- NOTIFY SUPERVISOR IMMEDIATELY

Plaintiff Michael Lawrence Pack is Prose can't Provide counsel ???

1) Write information in area provided.
2) Remove tear-off record before sealing bag, and give it to arrestee.
3) Turn bag over. Place on flat surface and remove liner from adhesive area.
4) Fold flap down and press closed.

Judges Attorney for the Police ??? example

DATE: 7-25-07

ARRESTEE NAME: Pack, Michael

ID#: 2-696340

SAID TO CONTAIN: $ ~~73.00~~ 73.00

ABO SIGNATURE: [signature]

[signature] Michael P

SHIFT COMMANDER SIGNATURE (NEEDED FOR AMOUNT OVER $500)

2008 I was giving a copy of a document like a copy like this Oct 2008 personal items for ARREST illegaly Booking ID Pack Michael Intake IDCBF2006966340 10-1-2008 ?

Federal Court Judge Attorney for the Police ??

Judge Richard D Bennett Judge Williams D Quarles, and Senior Judge Williams M Nickerson

A separate Order follows.

Arrested (No Arrest Warrant) in central Booking Intake Booking ID CB F2006966340

Dated February 17, 2012 ?1 October 2008 Arrested /s/ on MTA officers AnJanet Pack Michael Lawrence ??

Federal Judges Attorney for the Police ??

Judge Williams D Quarles Jones case 0093645 0H4 Judge Richard D Bennett

Senior Judge William M Nickerson L-12-266, RDB-11-1576, RDB-12-131, WMN-11-1442 ?

MTA Officer AnJanette Jones case 0093645 0H4 Voided citation 04-17-03 Voided case 0093645 0H4

Unlawful Arrested no warrant ? 1 October 2008 Intake Booking CBF2006966340

Pack Michael Lawrence 4 Arrested (No Arrest warrant ?) 4 and 14 Amendment a civil Right violation 42 USC 1983 unlawful Arrested ? 1 October 2008 on no warrant Mr Michael Pack ?

In Central Booking ID CBF2006966340 Pack Michael (NO case filed in Court) (No Proof) is (Guilty

**Personal Property List/Receipt** Page 1 of 1

Central Booking intake

DATE: 1 Oct 2008 TIME: Case 00936450 M4 Voided

Defendant's Name: PACK, MICHAEL LAWRENCE Booking ID CBF2006966340 1 October 2008? MR Pack (not Person Changed) (No Proof) and (No evidence) in the name

| | Number of Bags | Amount |
|---|---|---|
| Cash: | 1 | $73.00 |
| Valuables: | 2 | |
| Regular: | | |

Pack Michael Lawrence changed case 00936450 M4 Voided

Voided effort of illegal Arrest (no proof) (Not Guilty)

Valuable items: 0304559 MD ID CARD WALLET W/CONTENTS

ID card Maryland ID card

(no charges) were filed against MR Pack (No Arrest warrant) Executing an Arrest warrant tort action under 42 USC 1983?

Case 00936450 M4 Voided

(No Plaintiff) and (No Defendant) for Judge Bennett in M1A Allison Jones case 00936450 M4

CBF2006966340

PACK, MICHAEL LAWRENCE

Central Booking Jail ID number

GRANTED, the complaint

Central Booking Intake Booking ID CBF2006966340 illegal Booking illegally Arrested 1 October 2008 Pack Michael Lawrence? in case 00936450 M4 (No Record) [illegible] in case 00936450 M4 Voided civil Right violation 42 USC 1983 and 4 and 14 Amendment Case 00936450 M4 Voided civil Right violation [illegible]

Judge Richard Bennett, William D Quarles, Jr and William M Nickerson?

42 USC 1983 and 4 and 14 Amendment? The exclusionary Rule as it relates to arrest, state that evidence obtained by exploitation of an (unlawful arrest) will be (inadmissible in court) in a prosecution against the Person arrested. effect of illegal Arrest? If the (person being arrested? claims (not to be the Person identified) in the warrant and there is a reasonably simply and direct means of checking that claim the officer who Arrest without checking may be civilly liable for (false arrest) and (false imprisonment Executing an Arrest warrant? (Person who have been illegally arrested) or have had their privacy invaded will usually have a tort action available under state status or common law. Moreover Law enforcement officers acting under color of state law who violated a Person's Fourth Amendment rights, are subject to a suit for damages and other remedies in federal courts under a federal civil Right status 42 USC 1983

INJUSTICE IS NOT JUSTICE??

Injustice is not Justice ?

DISTRICT COURT OF MARYLAND FOR BALTIMORE CITY
5800 WABASH AVE (C) 0101
BALTIMORE MD 21215-3330

changes in citation
04-17-03 Voided case

Voided ???

CITATION: 00936450M4 MT

Voided Voided

TO: POOLE, MICHAEL LAWRENCE
5411 LEWELLYN AVE
GWYNN OAK MD 21207

Federal Court Judges are the Attorney for the Police ???

**STATE OF MARYLAND VS. POOLE, MICHAEL LAWRENCE**

Mr Pool is Prose ? can't provide counsels ? for MTA Police Mr Pool was not criminal charged (No) Arrest warrant

10 October 2008 Arrested

NOTICE OF TRIAL DATE

YOU ARE HEREBY SUMMONED TO APPEAR FOR THE TRIAL OF THE CHARGES LISTED ON THE CITATION IDENTIFIED ABOVE. THE TRIAL WILL BE HELD ON NOVEMBER 13, 2008 AT 08:30 AM AT THE DISTRICT COURT LOCATED AT 5800 WABASH AVE , BALTIMORE , MD. IN ROOM 03 . IF YOU DO NOT CHOOSE TO CONTEST THE CHARGE, YOU MAY PAY THE FINE AND NOT APPEAR FOR TRIAL. ENCLOSE THIS NOTICE WITH YOUR CHECK OR MONEY ORDER AND SEND TO THE COURT ABOVE. FAILURE TO APPEAR OR PAY THE FINE WILL RESULT IN AN ADDITIONAL FINE OF [illegible]

Federal court Judges (denied) constitutional due process Rights (denied) Mr Pool ? in Federal court order Judgements civil Actions no RDB-11-1576, RDB-12-131 WMN-11-1462 (denied) constitutional due process Right (denied) Mr Pool ????

BY: LONNIE P. FERGUSON DATE: 10/03/08
(CLERK)

Mr Pool is Prose ? can't provide counsel ? for the Police Mr Pool was not criminal charged by the Police Department (No) Arrest warrant

10 October 2008 Arrested

[illegible] stamp in District

HEARING/SPEECH IMPAIRED CALLERS ONLY, TELEPHONE TTY/TT 1-800-925-9690 OR (410) 878-8000 (VOICE) THRU MARYLAND RELAY SERVICE AT 1-800-735-2258.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.

Federal court cases civil RDB-11-1576 RDB-12-131 and WMN-11-1462 ???

**PLEASE CONTACT THE ABOVE COURT LOCATION FOR RESTRICTIONS REGARDING CAMERAS AND CELL PHONES, FOR THEY MAY NOT BE ALLOWED IN THE COURTHOUSE.**

Denied Mr Pool his Rights to perform counsel the Judge lied in a hearsay in statement court orders Mr Pool aiding state the state - federal ? illegal ? statement in the order lied that is Perjury Attorney ???

1100031461
0003146A DI TRACKING NUMBER:0000936450M4

3:58 Monday, September 24, 2012

Injustice is not justice! changed by name is (00936450M4 Voided citation ??

Mr. Pack was not

SEP 24, 2012 DISTRICT COURT OF MARYLAND 09/24/12
MONDAY CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY DIST: 01

cover up

CASE: 00936450M4 MT STATUS: C CHG DATE: 08/11/13 CC: DIST: 01 01
TRACKING NO: 0000936450M4 LOCAL ID: DOC: CIT ISSUED: 03/04/17
NAME: POOLE, MICHAEL LAWRENCE DOB: 61/12/21 HT/WT: 511 165 SEX/RACE: M1
ADDR: DISP: TRL 08/11/13 CNSL: C DEF:
5411 LEWELLYN AVE EVENT DATE: TIME:
GWYNN OAK MD 212070000 ROOM: TYPE: DATE SET:
DPAY: not a person DUE: FINAL: SID: 0001520601
MTA FINE AMT: 30.00

Voided Voided

04-17-03 cit 00936 ?? Voided ???

| CONN | NAME (OR AGENCY/SUB-AGY/OFCR) | | |
|---|---|---|---|
| COM | JONES, ANJANETTE | | 07/22/03 |
| | MTA | | 1GC |
| | 301 N.EUTAW ST | | |
| | BALTO | MD | 212020000 |
| CPO | MTA 0001 0168 | | 07/22/03 |
| | JONES, ANJANETTE | | 1GC |
| | THE MASS TRANSIT ADM | | |

cover up 1 October 2008 ID card

criminal changed a person not a person

Booking ID I DCBF200696(6340) Central Booking In Take

Michael Lawrence Poole not a person

illegal Arrested Voided

1 October 2008 case 00936450M4 Arrested Booking ID

NEXT PAGE P/N PAGE 005

Pack, Michael Lawrence Arrested under Md Rule 4-211 illegal (NO) citation (Filed) and (NO) statement (filed) under Due process of Law (Voided) Md Rule 4-211 illegal 6 Amendment and (case 00936450M4) Denied the Right to Public Defender denied unconstitutional Right civil Right violation 4, 6, 8, 7, 8 and 14 Amendment in case 00936450M4 under 4 Amendment illegal civil Right violation 4 Amendment Trail 11 September 2003 Voided (NO) Arrest warrant illegal by State of Maryland Mass Transit Administration citation illegal violation Date 04/17/03 Voided Mass Transit Prohibits Act illegal (F) Transportation Article 7-705 Voided (NO) Due process of Law Voided ? (04-17-03 citation) Voided (case 00936450M4) illegal (voided under 6 Amendment Rule 59(b)(3) and (4)), illegal Mass Transit Prohibit Act Voided

(F) (C) illegal Transportation Article 7-705 (Voided ?) 04-17-03 citation Voided ??

Dr Martin Luther King Freedom?

Someone once said give me Liberty or give me death

Injustice is not Justice ??

Senior Judge William H Nickerson lied Perjury ??
Judge William D Quarles Jr lied Perjury ??
Judge Richard D Bennett lied Perjury ??

Defendant Name Missing cover up case 00936450M4 Voided
Voided case 00936450M4 Michael Lawrence Pack
Rule 59(b)(3)(4) cover up ID CBF2006966340 illegal Arrested ?

The [illegible] ... of Stay

DEC 16,2013 DISTRICT COURT OF MARYLAND 12/16/13
MONDAY CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY DIST: 01

Federal Court cases Civil Action RDB-11-1576, RDB-12131 and WMN-11-1762 ?

CASE: 00936450M4 MT STATUS: C CHG DATE: 08/11/13 CC: DIST: 01 01
TRACKING NO: 0000936450M4 LOCAL ID: DOC: CIT ISSUED: 03/04/17
NAME: POOLE, MICHAEL LAWRENCE ? DOB: 61/12/21 HT/WT: 511 165 SEX/RACE: M1
ADDR: DISP: TRL 08/11/13 CNSL: C DEF:
5411 LEWELLYN AVE EVENT DATE: TIME:
GWYNN OAK MD 212070000 ROOM: TYPE: DATE SET:
DPAY: DUE: FINAL: SID: 0001520601 LIFESUPV:

Injustice is not Justice ?

------------- CHARGE ------------------- DISPOSITION --------------

001 FAIL TO PAY FARE ON TRANSIT PLEA: OP DISP: DISM 08/11/13 ACS:
CJIS: AR: TA7705A2II FINE: SUSP FINE:
AMENDED: 03/07/22 MO/PLL: COST: SUSP COST:
CAUSE: VICTIM AGE: CICF: SUSP CICF:
MTA FINE: 30.00 PBJ END: PROB END:
INCIDENT DATE: TERM: SUSP TERM:
CREDIT TIME SERV: REST:

04-17-03 citation Void case
00936450M4 Voided ???

END OF DISPLAY P/1 PAGE 001

Defendant MTA officer An Janelle Jones criminal charged Michael Lawrence Poole who is not a person in case 00936450M4 voided under Rule 59(b) 3 and 4 citation 04-17-03 Voided Michael Lawrence Poole is Plaintiff Pro se can't provide counsel? for civil no cases All Federal court court order? Judgment All Federal court Judges Attorney for the Defendant and Police? case 00936450M4 Voided under Rule 59(b) 3 and 4 void MTA officer An Janelle Jones criminal charged Michael Lawrence Poole who is not a person case 00936450M4 Voided under Rule 59(b) 3 and 4 Void citation 04-17-03 Voided case 00936450M4 is Voided ?

Federal Court Judges Attorney for Defendant and Police ?

DEC 16,2013 DISTRICT COURT OF MARYLAND 12/16/13
MONDAY CRIMINAL SYSTEM INQUIRY RELATED PERSONS DISPLAY DIST: 01

Federal Court cases civil Action RDB-11-1576 RDB-12-131 and WMN-11-1463 ??

CASE: **00936450M4** MT STATUS: C CHG DATE: 08/11/13 CC: DIST: 01 01
TRACKING NO: 0000936450M4 LOCAL ID: DOC: CIT ISSUED: 03/04/17
NAME: POOLE, MICHAEL LAWRENCE ? DOB: 61/12/21 HT/WT: 511 165 SEX/RACE: M1
ADDR: DISP: TRL 08/11/13 CNSL: C DEF:
5411 LEWELLYN AVE EVENT DATE: TIME:
GWYNN OAK MD 212070000 ROOM: TYPE: DATE SET:
DPAY: DUE: FINAL: SID: 0001520601
**MTA FINE AMT:** 30.00

| CONN | NAME (OR AGENCY/SUB-AGY/OFCR) | | |
|---|---|---|---|
| COM | JONES, ANJANETTE<br>MTA<br>301 N.EUTAW ST<br>BALTO MD 212020000 | ? Officer Name | 07/22/03<br>1GC |
| CPO | MTA 0001 0168<br>JONES, ANJANETTE<br>THE MASS TRANSIT ADM | ? Police | 07/22/03<br>1GC |

??

Federal Judges Attorney for the Police ?

NEXT PAGE P/N PAGE 001

The Perfect cover of Story ?

04-17-03 citation on void case

00936450M4 is Voidd ?

Injustice is not Justice ?

The United States constitution ?protect the Rights to Due process of Law and Arrest warrant (a civil Right violation) under The Bill of Rights Violated 4 Amendment a violation under 5 Amendment violated by ? Judgement (the United State District court All Federal Judges court orders 4 Amendment civil Right violation under The Bill of Rights a civil Rights violation violated under) is a civil Right violation 42 USC 1983 a civil Rights violation violated and 5 Amendment and 6 Amendment a Plaintiff Michael Poole civil Rights under 4 Amendment amendment and is civil Right violation The Bill of Rights

Unconstitutional ???

Federal Court Judges Attorney for Defendant and Police ???

DEC 16,2013 DISTRICT COURT OF MARYLAND 12/16/13
MONDAY CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY DIST: 01

CASE: **00936450M4** MT STATUS: C CHG DATE: 08/11/13 CC: DIST: 01 01
TRACKING NO: 0000936450M4 LOCAL ID: DOC: CIT ISSUED: 03/04/17
NAME: POOLE, MICHAEL LAWRENCE DOB: 61/12/21 HT/WT: 511 165 SEX/RACE: M1
ADDR: DISP: TRL 08/11/13 CNSL: C DEF:
5411 LEWELLYN AVE EVENT DATE: TIME:
GWYNN OAK MD 212070000 ROOM: TYPE: DATE SET:
DPAY: DUE: FINAL: SID: 0001520601 LIFESUPV:

Federal Court Cases Civil Action RDB-11-1576 RDB-12-131 and WMN-11-1462 ??

--- CHARGE --- DISPOSITION ---
001 FAIL TO PAY FARE ON TRANSIT PLEA: OP DISP: DISM 08/11/13 ACS:
CJIS: AR: TA7705A2II FINE: SUSP FINE:
AMENDED: 03/07/22 MO/PLL: COST: SUSP COST:
CAUSE: VICTIM AGE: CICF: SUSP CICF:
MTA FINE: 30.00 PBJ END: PROB END:
INCIDENT DATE: TERM: SUSP TERM:
CREDIT TIME SERV: REST:

The Naked cover of Money

END OF DISPLAY P/1 PAGE 001

04-17-03 citations Void case
00936450M4 Voided ???
Federal Court Judges Attorney for the Police ??
In Justice is Not Justice ?

The United States constitution ? protect the rights to Due process of Law and Arrest warrants (a civil Right violation under The Bill of Rights violated 4 Amendment a violation 42 USC 1983 under Bill of Rights a civil Rights violation under 5 Amendment violated by (United State District Court) All Federal Judge court order Judgements (the order) is a civil Right violation under The Bill of Rights 4 Amendment and 5 Amendment violation 42 USC 1983 a civil Right violation violated Plaintiff blocked Pack civil Rights under 4 Amendment a civil Right violation The Bill of Rights 4 amendment and is unconstitutional ???

In the United State District Court for the District of Maryland 04-17-03 Voided ?

Mr Peck illegal Arrested case 00936450MY Voided ? (not) changed 04-17-03 citation voided Date 26 October 2003

ATTN Attorney General Earl Holder

Judge William D Quarles Jr Moot civil Action No WDQ-11-328 order (No) Due process of Law ? 5 Amendment Md Rule 4-211 1 October 2008 Voided (No) Due process of Law ? case 00936450MY Moot civil Action cover up case 00936450MY Voided Moot RDB-11-1574 RDB-11-131 orders ? Voided ?? case 00936450MY Voided Senior 04-17-03 Citation ? Voided

Judge William M Nickerson Moot civil Action No WMN-11-1462 order (No) Due process of Law ? 5 Amendment Md Rule 4-211 1 October 2008 Voided (No) Due process of Law case 00936450 MY Moot civil Action RDB-11-1574 order Moot RDB-12-131 Moot civil Action Perjury ??? Lied cover up Conspiracy

Judge Richard D Bennett Moot civil Action RDB-11-1574 order (No) Due process of Law ? 5 Amendment Md Rule 4-211 1 October 2008 Voided (No) Due process of Law case 00936450MY Voided ? RDB-12-131 order Moot civil Action Voided ?? case 00936450MY Voided 2008 ?

Judge Richard D Bennett lied Perjury case 00936450MY Voided 2008 ? citation Mass Transit Prohibitory Perjury lied cover up not legal 2003 citation Act illegal (F) Transportation Article 7-705 Voided ? illegal 2003 citation Voided (No) Due process of Law 5 Amendment illegal 04-17-03 citation Voided case 00936450 Cover up Defendant MTA Officer Antoine Jones) ? Perjury lied cover up conspiracy (citation) ? from Baltimore city (None ? Police in 2008 ? Judge Richard Bennett lied civil Action RDB 11-1574 and RDB-12-131 1 October 2008 (No) citation (changed) (filed) Md Rule 4-211 cover up case 00936450MY Voided 2008 ? Perjury lied Individual by the Name of Michael Lawrence civil Action No RDB-11-1574 cover up RDB-12-131 lied case 00936450MY Voided 2008 ??

[signature]

Bill of Rights civil right violation
Under 42 USC 1983 violation The United States Constitution 4 and 6 amendment

a civil right violation
Federal Court Judges Attorney by the Police ???
Lied cover up conspiracy perjury? in the United State District court for the District of Maryland in All the Federal courts, court Judges order court Judgments if that Lied ? The Truth will set you free ??

There is no evidence in a criminal matter naming Michael Lawrence Pack 1 October 2008 for a court case in District court of Maryland for Baltimore city ?

There is no evidence in a criminal matter naming Baltimore city Police Department for a court case in District of Maryland for Baltimore city 1 October 2008 ?

there is no evidence in a criminal matter naming MTA officer AnJanitk Jones for a court case in District of Maryland for Baltimore city 1 October 2008 !

The Perfect cover up story

Plaintiff Michael Lawrence Pack is Prose and can't provide counsel 1 October 2008 ?

The Truth will set you free

InJustice is not Justice ?

In The United States District Court For The District of Maryland

Federal Court Judges Attorney For the Police ???

Judge William D Quarles In civil Action No RDB-12-131
Name Michael Pack and MTA officer AnJanelle Jones ?

Senior Judge William M Nickerson civil Action No WMN-11-1462
Name Michael Pack and MTA officer AnJanelle Jones ?

Judge Richard D Bennett civil Action No RDB-11-1576
Name MTA officer AnJanelle Jones, Baltimore city Police and Michael Lawrence ?

Judge Richard D Bennett civil Action No RDB-12-131
Name The United States District court for The District of Maryland ?

Bill of Rights civil Right violation
under 42 USC 1983 violation The united States
constitution 4 and 5 amendments a civil Rights
violation unconstitutional ???

Lied cover up conspiracy Perjury in the United States District court court For The District of Maryland in All The Federal court Judges order court Judgement is that lied in civil Action No RDB-12-131, RDB-11-1576, WMN-11-1462 and RDB-12-131 All Lied The Truth will set you free ? Federal Court Judges Attorney For the Police ???

There is no evidence in a criminal matter naming Michael Lawrence Pack October 2008 for a court case in District court of Maryland For Baltimore city ?

There is no evidence in a criminal matter naming Baltimore city Police Department for a court case in District of Maryland For Baltimore city October 2008 ?

There is no evidence in a criminal matter naming MTA officer AnJanelle Jones for a court case in District of Maryland For Baltimore city October 2008 ?

The Perfect cover up story

Plaintiff Michael Lawrence Pack is Prose and Can't provide counsel October 2008 ?

The Truth will set you free
In Justice is not Justice ?

(3)

UNIFORM CRIMINAL CITATION
State of Maryland vs.

042005204625
042005204625

Defendant's (Last) Name FACH First Middle

Current Address in Full

City State Zip Code

DOB Height Weight Sex Race Hair Eyes

Related Citations

Telephone No. Day: Night:

It is formally charged that the above named person on ......

at ......M at ...... (Location) ...... City/County, Maryland

did ......

in violation of: ☐ Md. Ann. Code ☐ COMAR / Agency Code ☐ Common Law of Md. ☐ Ordinance ☒ Public Local Law

Document/Article 19 Section 14-... CJIS Code

Penalty:

TO ANSWER THE ABOVE CHARGE LODGED AGAINST YOU.
YOU ARE HEREBY SUMMONED AND COMMANDED TO APPEAR FOR TRIAL IN THE DISTRICT COURT OF MARYLAND FOR ...... (CITY/COUNTY) LOCATED AT ...... MARYLAND ...... AT ...... M

☒ ON ...... Date
☐ WHEN NOTIFIED BY THE COURT.

YOUR FAILURE TO OBEY THIS CITATION MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately.

I sign my name as a receipt of a copy of this citation and not as an admission of guilt. I hereby submit to the jurisdiction of the Court and agree to appear when notified.

MTA agency ??

X Defendant's Signature

I solemnly affirm under the penalties of perjury that the contents of the foregoing citation are true to the best of my knowledge, information, and belief.

Officer's Signature ...... Date ...... Agency ...... Sub-Agency ...... ID No

45 (Rev. 5/2002) Print Date (4/2004) DEFENDANT'S COPY

p)???

Rule 59(B) 3and 4 Void

MTA officer Antonette Jones

04-17-03 citation ??

Voided ??

illegal case 00934450MY Voided ??

ID card

SSI card

Violating ID ?

04-17-03 citation ?

Voided ??

MTA Officer Antanette Jones case cover up

case 00934450MY Voided ??

illegal Arrest ??

1 Oct 2008 orders Voided

Rule 59(B) 3and 4 void

case 00934450MY Voided ?

Filed legal citation 042005204625 ???

Mass Transit Prohibit Act legal

(C)(F) Transportation Article 7-705 legal

Criminal charged order

Due process of Law 5 Amendment legal ?

(Not Arrested) Central Booking intake IDCBF2006966340 Pack Michael Lawrence ??

The Truth will set you free

12/05/14 MARYLAND DISTRICT COURT CRIMINAL SYSTEM ? DIST: 01

RELATED PERSONS UPDATE

CASE VER: 4B01695663 DEFENDANT: PACK, MICHAEL LAWRENCE CASE DISP: TRL

TRACKING NO: 042005204625 EVENT: STATUS: C 10/27/05

CON: CPO NAME/OFCR: MTA 0001 0174 ? Officer Name 10/04/05

FIRM NAME: SMITH, ERIC 1BU Police Name ???

ADDRESS: THE MASS TRANSIT ADM. POLICE D

CITY/ST/ZIP: HIDE NAME/ADDR:

CON: DEF NAME/OFCR: PACK, MICHAEL LAWRENCE ? Name 10/04/05

FIRM NAME: 1BU

ADDRESS: 5411 LEWELLEN AVE

CITY/ST/ZIP: BALTO MD 212070000 HIDE NAME/ADDR:

CON: NAME/OFCR:

FIRM NAME:

ADDRESS:

CITY/ST/ZIP: HIDE NAME/ADDR:

Plaintiff Mr Michael Lawrence Pack is Prose can't provide counsel ?

END OF DATA P/1 PAGE 001

Bill of Right

civil Right violation under 42 USC 1983

In Justice is not Justice ?

Federal Court Judges Attorney for the Police ??

The United States constitution ? protect the

Rights, to Due process of Law and Arrest warrants (a civil Right violation under the Bill of Rights violated 4 Amendment a violation 42 USC 1983 under Bill of Rights a civil Rights violation under 5 Amendment violated by (United State District Court) All Federal Judge court order Judge — ments (the order) is a civil Right violation under The Bill of Right 4 Amend ment and 6 Amendment violation 42 USC 1983 a civil Right Violation violated Plaintiff Michael Pack civil Right. Under 4 Amendment a civil Right violation The Bill of Right amendment and is unconstitutional ???

The truth will set you free

DEC 5, 2014 DISTRICT COURT OF MARYLAND 12/05/14
FRIDAY CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY DIST: 01

CASE: 3B01695662 CR STATUS: C CHG DATE: 05/10/27 CC: DIST: 01 02
TRACKING NO: 04-2005-20463-6 LOCAL ID: DOC: CIT ISSUED: 05/09/18
NAME: PACK, MICHAEL LAWRENCE ? DOB: 61/12/21 HT/WT: 504 160 SEX/RACE: M1
ADDR: DISP: TRL 05/10/27 CNSL: C DEF:
5411 LEWELLYN AVE EVENT DATE: TIME:
BALTO MD 212070000 ROOM: TYPE: DATE SET:
DPAY: None DUE: FINAL: SID: LIFESUPV:
1

------------- CHARGE ------------- --------------- DISPOSITION ---------------
001 OPEN CONTAINER PLEA: OP DISP: NP 05/10/27 ACS:
CJIS: AR: FINE: SUSP FINE:
AMENDED: / / MO/PLL: X COST: SUSP COST:
CAUSE: VICTIM AGE: CICF: SUSP CICF:
PBJ END: PROB END:
INCIDENT DATE: TERM: SUSP TERM:
CREDIT TIME SERV: REST:

Plaintiff Mr Michael Lawrence Pack is Prose can't provide counsel ?

Bill of Rights
Civil Rights Violation under 42 USC 1983
Federal court Judges Attorney for the Police ??
In Justice is Not Justice ?

The United States constitution ? protect the rights to Due process of Law and Arrest warrants (a civil Right violation under The Bill of Rights violated 4 Amendment a violation 42 USC 1983 under Bill of Rights a civil Rights violation under 5 Amendment violated by Federal Judge coordinator Judge (United State District Court) All Federal Judge [illegible] under The Bill of Rights ments (the order) is a civil Right violation under The Bill of Right 4 Amendment and 6 Amendment violation 42 USC 1983 a civil Right violation violated Plaintiff Michael Pack civil Right. Under 4 Amendment a civil Right violation The Bill of Right amendment and is [illegible]

DEC 05,2014 DISTRICT COURT OF MARYLAND 12/05/14
FRIDAY CRIMINAL SYSTEM INQUIRY CHARGE/DISPOSITION DISPLAY DIST: 01

CASE: **4B01695663** CR STATUS: C CHG DATE: 05/10/27 CC: DIST: 01 02
TRACKING NO: 04-2005-20462-5 LOCAL ID: DOC: CIT ISSUED: 05/09/18
NAME: PACK, MICHAEL LAWRENCE ? DOB: 61/12/21 HT/WT: 509 160 SEX/RACE: M1
ADDR: DISP: TRL 05/10/27 CNSL: C DEF:
5411 LEWELLEN AVE EVENT DATE: TIME:
BALTO MD 212070000 ROOM: TYPE: DATE SET:
DPAY: DUE: Name FINAL: SID: LIFESUPV:

------------- CHARGE ------------- -------------- DISPOSITION ---------------
001 SELLING CIGS W/O LICENSE PLEA: OP DISP: NP 05/10/27 ACS:
CJIS: AR: FINE: SUSP FINE:
AMENDED: MO/PLL: X COST: SUSP COST:
CAUSE: VICTIM AGE: CICF: SUSP CICF:
PBJ END: PROB END:
INCIDENT DATE: TERM: SUSP TERM:
CREDIT TIME SERV: REST:

Plaintiff Mr Michael Lawrence Pack is Pros can't Provide counsel ?

NEXT PAGE P/N PAGE 002

Bill of Right
civil Right Violation under 42 USC 1983
Federal court Judges Attorney for the Police ??
In Justice is Not Justice ?

The United States constitution ? protect the rights to Due process of Law and Arrest warrants (a civil Right violation under The Bill of Rights violated 4 Amendment a violation 42 USC 1983 under Bill of Rights a civil Rights violation under 5 Amendment violated by (United State District Court) All Federal Judge court order Judge - ments (the order) is a civil Right violation under The Bill of Rights 4 Amendment and 5 Amendment violation 42 USC 1983 a civil Right violation violated Plaintiff Michael Pack civil Right. Under 4 Amendment a civil Right violation The Bill of Rights 4 Amendment and is Unconstitutional ?

Bill of Rights civil Right Violation
Under 42USC1983 violation The United
States Constitution 4 and 5 amendment
a civil Right violation
Federal Court Judges Attorney for the Police ???
Lied cover up conspiracy Perjury? in the United State
District court for The District of Maryland in All
the Federal courts, court Judges order court
Judgments if that Lied? The Truth will set you free ??
There is no evidence in a criminal matter
naming Michael Lawrence Pack 1 October 2008 for a
court case in District court of Maryland for Baltimore
city ?
There is no evidence in a criminal matter naming
Baltimore city Police Department for a court case in
District of Maryland For Baltimore city 1 October 2008 ?
there is no evidence in a criminal matter naming
MTA officer An Jarik Jones for a court case in
District of Maryland For Baltimore city 1 October 2008 ?
The Perfect cover
Up
Story
Plaintiff Michael Lawrence Pack is Prose and
can't provide counsel 1 October 2008 ?

The Truth will set you free
InJustice is not Justice ?

Judge Richard D Bennett
Civil Action NO RDB-11-1524

Plaintiff Michael Lawrence Pack is Prose can't provide counsel? To The United States District court For The District of Maryland For all Federal court Judges court order Judgement orders Federal court Judges are all the Attorney for the Police? on 10ctober 2008 Baltimore city Police (filing no criminal charge) on 9 Defendant (no citation) filed no statement of probable cause (filed) 10ctober 2008 Illegally Arrested? Plaintiff Michael Lawrence Pack without a Arrest warrant charges on case MTA officer AnJanette Jones case 00956488 m4 10ctober 2008 Voided? under Rule 59(b) 3 and 4 Voided MTA officer AnJanette Jones State of Maryland Mass Transit Administration citation 04-17-03 Voided? case 00934480 m4? MTA officer AnJanette Jones case under Rule 51(b) 3 and 4 Voided? The truth will set you free???

Arrest Warrant

Plaintiff Michael Lawrence Pack is Prose can't provide counsel? 10ctober 2008 Arrested In Central Booking Intake prison Booking ID CBF2006966346 Pack Michael Lawrence Arrested

Illegaly Arrest???

Plaintiff Michael Lawrence Pack is Prose can't provide counsel? 10ctober 2008 Arrested In Central Booking Intake prison Booking ID CBF2006966346 Pack Michael Lawrence (NO) Arrest Warrant??? under 42 USC 1983 Violation The United States Bill of Rights civil right violation constitutions 4 and 5 amendments a civil rights violations??

2

In the United States District court for The District of Maryland Federal court Judges Attorney for the Police ???

Judge William D Quarles In civil Action No RDB-12-131 Name Michael Pack and MTA officer AnJanelt Jones ?

Senior Judge William M Nickerson civil Action No WMN-11-1462 Name Michael Pack and MTA officer AnJanelt Jones ?

Judge Richard D Bennett civil Action No RDB-11-1576 Name MTA officer AnJanelt Jones, Baltimore city Police and Michael Lawrence ?

Judge Richard D Bennett civil Action No RDB-12-131 Name The United States District court for The District of Maryland ?

Bill of Rights civil Right violation under 42 USC 1983 violation The united States constitution 4 and 5 amendments a civil Right violation unconstitutional ???

Lied cover up conspiracy Perjury ? in the United States District court for The District of Maryland in All The Federal court Judges order court Judgement is that lied in civil Action No RDB-12-131, RDB-11-1576, WMN-11-1462 and RDB-12-131 All Lied The Truth will set you free ? Federal court Judges Attorney for the Police ???

There is no evidence in a criminal matter naming Michael Lawrence Pack October 2008 for a court case in District court of Maryland For Baltimore city ?

There is no evidence in a criminal matter naming Baltimore city Police Department for a court case in District of Maryland For Baltimore city October 2008 ?

There is no evidence in a criminal matter naming MTA officer AnJanelt Jones for a court case in District of Maryland For Baltimore city October 2008 ?

The Perfect cover up story

Plaintiff Michael Lawrence Pack is Prose and can't provide counsel October 2008 ?

The Truth will set you free

In Justice is not Justice ?

In the United States District of Maryland 04-17-03 citation Voided??

Mr Peck illegal Arrested case 00936450MY Voided? (Not) charged 04-17-03 citation Voided Date 26 October 2008

ATTN Attorney General Earl Holder

Judge William D Quarles Jr Moot civil Action No WDQ-11-323 order (No) Due process of Law 5 Amendment Md Rule 4-211 1 October 2008 Voided | (No) Due process of Law case 00936450 MY Moot civil Action RDB-11-131 cover up | case 00936450MY Voided Moot | RDB-11-1576 order?? Voided ?? case 00936450MY Void? Serion 04-17-03 Citation?

Judge William M Nickerson Moot civil Action No WMN-11-1462 order (No) Due process of Law 5 Amendment Md Rule 4-211 1 October 2008 Voided | (No) Due process of Law case 00936450 MY Moot civil Action RDB-12-131 Moot civil Action RDB-11-1576 order Moot Lied cover up Conspiracy Perjury ???

Judge Richard D Bennett Moot civil Action RDB-11-1576 order (No) Due process of Law 5 Amendment Md Rule 4-211 1 October 2008 Voided | (No) Due process of Law case 00936450MY Voided 2008 Voided | (No) Due process of Law RDB-12-131 order Moot Voided ??? civil Action RDB-12-131 order Moot case 00936450MY Voided 2008?

Judge Richard D Bennett lied Perjury case 00936450MY 2003 citation Mass Transit Prohibitory? Perjury lied cover up not legal 2003 citation Voided? illegal 2003 citation Act illegal (F) Transportation Article 7-705 Voided? illegal 04-17-03 citation Voided. (Voided) (No) Due process of Law 5 Amendment illegal 04-17-03 citation Voided (Defendant MTA Officer Antoinette Jones) Case 00936450 Cover up (citation) from Baltimore city (None Perjury lied cover up conspiracy Police in 2008? Judge Richard Bennett lied civil Action RDB 11-1576 and RDB-12-131 1 October 2008 (No) citation (changed) (filed) Md Rule 4-211 cover up case 00936450MY Voided 2008? Perjury lied Individual by the Name of Michael Lawrence civil Action No RDB-11-1576 cover up RDB-12-131 lied case 00936450MY Voided 2008 ?? Mr Peck

Civil No.:
(Leave blank. To be filled...)

constitutional Due process Rights denied Plaintiff ??
MR Pack was not criminal charged (No) Arrest warrant

Moot by the Police officers October 2008

No WDQ-11-325

illegal Arrest

4. The Clerk SEND a copy of this Order to Plaintiff.

MR Pack Prose can't Provide counsel ? for Federal court Judges ?

Attorney for Defendant Police case 00936450M4 ??

William D. Quarles, Jr.

Voided

(Guilty Judges constitutional due process Rights denied MR Pack ??
The Perfect cover up story
Senior Judge William M Nickerson Federal court)

Lied cover up conspiracy Perjury

Voided Judge William D Quarles Jr Federal court ? Voided

Lied cover up conspiracy Perjury

Judge Richard D Bennett Federal court ?

Lied cover up conspiracy Perjury

(NO) criminal charges ? case 00936450M4 (NO) Arrest warrant ? Voided

?? False statement to public official concerning crime ???

Judges Attorney for defendant criminal Law Article 9-503 by Police case 00936450M4

MR Pack was illegal Arrested ? Perjury (Not) charge in case 00936450M4 ?

(a) a person may not willfully and falsely make an oath or affirmation

(1) if the false swearing is perjury at common Law

(2) in an affidavit made required by Law

(3) in an affidavit made to induce a court or officer to pass an accon claim MR Pack Prose can't Provide counsel for Judges ?

(4) in an affidavit required as part of the government or the general assembly or an officer of the government

(5) in an affidavit made under the Maryland Rule criminal Law Article 9-101 ???

MR Pack was illegal Arrested ? Subornation of Perjury

(a) a person may not procure another to commit perjury as prohibited by § 9-101 of this subtitle criminal Law Article 9-102

MR Pack was illegal Arrested ? conspiracy MR Pack Prose can't Provide counsel for Judges ?

A plan or understanding between 2 or more person to commit an unlawful act The crime is complete when the agreement is enter into Quaglione v state 15 Md App. 571 (1972) criminal Law Article 1-202

(16 Sept 2003 Trial Date case cover up 00936450M4 / 16 Sept 2003 ) Voided ?

(NO) Arrest warrant ? Missing (Not) charged criminal ???

Voided case 00936450M4 Michael Lawrence Pack illegal Arrested ?

1 October 2008 Booking ID CBF2006944340 illegal Arrested ???
Judges constitutional due process Rights denied MR Pack ???

The faked cover up story ??

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

MICHAEL PACK
Plaintiff

v. Voided

Civil Action No. RDB-11-1576

MTA OFFICER ANJANETTE JONES et al.
Defendant

Case 00936450H4

**ORDER**

Hearsay ? Perjury lieing when (no) citation Baltimore city Police in 2008 (filed)

Perjury General Police Power Criminal Law Definition (h) Person mean Individual

For the reasons stated in the foregoing Memorandum Opinion, it is hereby ORDERED this 20th day of June 2011, by the United States District Court for the District of Maryland:

Hearsay ?? Perjury (No) Due process of Law 5 Amendment Voided (2003)

Perjury court and Judicial proceeding Article 1 (no citation)

1. The Motion to Proceed in Forma Pauperis (ECF No. 2) is GRANTED;
   5 Amendment Voided — NO Due process of law
2. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e) (2) (B) (i);
3. The case is CLOSED; (Lied cover up conspiracy) Civil Action No RDB-12-131 case 00936450H4 Perjury ???
4. Pack is GRANTED fourteen days to show cause why the Court should not enjoin him from filing any further lawsuits concerning MTA Officer Anjanette Jones' issuance of a citation to him in 2003, Pack's citations from Baltimore City Police in 2008 concerning public urination or failure pay a public transportation fare, or the alleged detention of another individual by the name of Michael Lawrence; and

Judge Lied — MTA (illegal) (not named) — None (not filed) lied

case 00936450H4 Void

Judges constitutional due process right denied. Court order (is) Hearsay ?

Plaintiff Mr Pack is Prose ? Booking ID CBF2006966340 Mr Pack wrote this statement in case No RDB-11-1576

Defendant Mr Pack the Plaintiff can't provide counsel for defendant MTA Police because Mr Pack was never criminal charged by the Defendant (No) Arrest warrant

Plaintiff Mr Pack is Prose ? Booking ID CBF2006966346 illegal Arrested

Plaintiff can't provide counsel for the Police Department Mr Pack was never criminal charged by a police department (no) Arrest warrant

Voided ?

Plaintiff Mr Pack is Prose — Injustice is not Justice ?

Judge Richard D Bennett case RDB-11-1576 is Hearsay a lie Judge Attorney for Police case 00936450H4 stole Judged Bennett wrote a statement in case RDB-11-1576 was a lied and perjury Mr Pack never wrote this statement saying that statement Mr Pack was never

The truth will set you Free ??

Civil Action NO RDB-12-131 Memorandum Opinion

814 (4th Cir. 2004) (while a court is to impose a pre-filing injunction "sparingly," a pre-filing injunction may be warranted under "exigent circumstances, such as a litigant's continuous abuse of the judicial process by filing meritless and repetitive actions.")

Pack's continuing barrage of vexatious complaints, despite warnings to desist, compelled this court to exercise its authority under the All Writs Act, 28 U.S.C § 1651 to limit Pack's repetitive filings. By order dated June 20, 2011, Pack was ordered to show cause order why subsequent filings containing repetitive claims concerning MTA Officer Anjanette Jones' issuance of a citation in 2003, Pack's citations from Baltimore City Police in 2008 concerning his public urination or failure pay a public transportation fare, or the alleged detention of another individual by the name of Michael Lawrence Poole by Baltimore City Police, should not be returned to him without docketing or further review. Pack was cautioned that in the event he failed to submit a timely or responsive reply, the pre-filing injunction would take effect. *See Pack v. MTA Officer Anjanette Jones*, Civil Action No. RDB-11-1576; *see also Pack v. MTA Officer Anjanette Jones, et al.*, Civil Action No. WMN-11-1985, dismissed, CA4 NO. 11-1798 (August 10, 2011) (appellant enjoined from filing appeals in the Fourth Circuit unless the district court certifies the petition or appeal is not frivolous). Pack failed to respond to the Order to Show Cause and the pre-filing injunction went into effect thereafter. All future papers filed by Pack will be reviewed, and if they raise claims covered by the pre-filing injunction, they will be returned to him without instituting a new case. A separate Order dismissing the instant complaint on this basis follows.

Civil Action NO RDB-11-1576

February 16, 2012

Date

/s/

RICHARD D. BENNETT

Plaintiff Michael Lawrence Pack prose can't provide counsel? Judges constitutional (Due process right denied) Plaintiff Michael Lawrence Pack (violated) (Due process of Law) under 5 Amendment (None) under (United States constitution) Plaintiff constitutional Due process right denied Plaintiff Michael Lawrence Pack under 4 Amendment a civil right violation Plaintiff Michael Lawrence Pack violated 42 USC 1983 under United State constitution right not to be (Arrested without due process of Law) (Judges denied)? Plaintiff Michael Lawrence Pack (Due process of Law)? under 4 Amendment a civil right violation Plaintiff Michael Lawrence Pack violated 42 USC 1983 under the constitution of the United States a citizen has both the right to his liberty and not to subject to an (Arrest without a warrant) Plaintiff Michael Lawrence Pack Prose can't Provide counsel (Judge Richard Bennett)

Mr Pack is prose the conspiracy of all Federal Court Judges was not Pack was not criminal charged for a criminal crime by a police officer October 2008

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.90 |
| Certified Fee | | $2.95 |
| Return Receipt Fee (Endorsement Required) | | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $8.20 |

0008

Postmark Here

10/17/2012

Sent To Justice department ATTN Attorney General Earl Holden

Street, Apt. No.; or PO Box No. 950 Pennsylvania ave N.W.

City, State, ZIP+4 Washington DC 20530

PS Form 3800, August 2006 See Reverse for Instructions

7011 2000 0000 4596 0801

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justice Department
ATTN Attorney General Earl Holden
950 Pennsy Wanian N.W.
Washington DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RETURN RECEIPT REQUESTED

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7011 2000 0000 4596 0801

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

To: Justice Department
ATTN Attorney General
950 Pennsylvania
Washington D.C. 20...

Voided Rule 59(B)3,4

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justice Department
ATTN Attorney General Earl Holden
950 Pennsy Wanian N.W.
Washington DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Rule 59B3,4 Federal Court Judges constitutional due process Lift denied (3) Fraud misrepresentation or other misconduct of an party (4) the ... case 0093C450N4 Voided civil Right Violation

10 October 2008 no Arrest warrant was issued to allow case 0093C450N4 Void to be charged by the commissioner Voided on criminal charging Mr Pack being charged

Justice Department

Att n Attorney General Earl Holder
950 Pennsylvania Ave NW illegal Arrested
Washington D.C 20530

MR Pack was not criminal charged (NO) Arrested warrant case 0093645OM9 illegal Arrested Arrest-NOT Named in the case Voided

Attorney General Earl Holder

Ask Judge Richard D Bennett Lied where is the (Due processes of Law) (NO) 5 Amendment in civil Action RDB-11-1576 and in civil Action RDB-12-131 against Voided Case 0093645OM9 Trial Date 13 September 2003 Voided and case 0093645OM9 Trial Date 13 November 2008 Judge Richard D Bennett Lied to cover up conspiracy perjury (NO) Due process of Law Voided

5 Amendment 4-17-03 violation date State of Maryland Mass Transit Administration citation Trial date citation 0093645OM9 16 September 2003 (NO) Due process of Law Voided

Judge Richard Bennett cover up? Central Booking ID CBF2006966390 MR Pack? Lied cover up conspiracy Perjury

10 October 2008 MR Pack was Arrested Denied Right to counsel Public Defender and pension Case 0093645OM9 Voided

Let Post Judge Richard Bennett Arrested and in Prison for Perjury

Due process of Law 5 Amendment

CALVERT FINANCE STATION USPS
BALTIMORE, Maryland
212029997
2303830008 -0096
11/05/2012 (800)275-8777 09:39:58 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Utility Mailer | 1 | $1.19 | $1.19 |
| (Forever) Cherry Blossom Centennial PSA | 1 | $0.45 | $0.45 |
| Total: | | | $1.64 |
| Cash | | | $20.00 |
| Change Due: | | | -$18.36 |

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.

Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.

Bill#: 1000403216533
Clerk: 08

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

Go to: https://postalexperience.c

TELL US ABOUT YOUR RECENT POSTAL EXPERIENCE

YOUR OPINION COUNTS

Customer Copy

Injustice is not Justice? The truth will set you free ??

Voided (Evidence cover up Booking ID CBF2006966390)

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

MICHAEL PACK
Booking ID CBF2006966390
Plaintiff
was Never charged Judge Lied ? Cover up
v. : Civil Action No. RDB-12-131

Moot

MTA OFFICER ANJANETTE JONES
case 0093C450M4 illegal Arrested
Respondent
Booking ID CBF2006966340 Not criminal charged Voided

order

oOo

Voided Rule 59(b) 3 and 4

**ORDER**

Mass Transit Prohibits Act Voided illegal (A)(C)

For the reasons stated in the foregoing Memorandum Opinion and in accordance with the

Transportation Article 7-705 Void illegal 5 Amendment case 0093C450M4 Voided

pre-filing injunction issued pursuant to Court order dated June 20, 2011, it is this 16th day of

Voided (NO) Due process of Law 5 Amendment Md Rule 4-211 / October 2008 Moot theres

February 2012, by the United States District Court for the District of Maryland hereby ORDERED

Voided (NO) Due process of Law 5 Amendment case 0093C450M4 Civil Action No RDB-12-131 is Moot

that Plaintiff's Motion to Proceed in Forma Pauperis (ECF No. 2) is DISMISSED AS MOOT, this

case is DISMISSED, and this case is CLOSED.

Void (Lied cover up conspiracy [illegible] case 0093C450M4 [illegible] Rule 59(b) 3 and 4 This is Moot Voided)

/s/
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

(Judges Richard D Bennett ?

(Constitutional due process Right denied Plaintiff Michael Lawrence ??? Pack under (4 Amendment a civil Right violation) Plaintiff Michael Lawrence Pack violated 42 USC 1983 (Judge Richard D Bennett) ?

Plaintiff Michael Lawrence Pack by the Fourth amendment of the United States constitution and federal statutes [illegible] 42 USC 1983

Plaintiff Michael Lawrence Pack claims that the Defendant MTA officer Anjanette Jones Intentionally deprived the Plaintiff Michael Lawrence Pack of Right under the constitution of the United States under the constitution of the United States a citizen has both the Rights to his liberty and the Right ? He also has the Right under not to be (Arrested without due process of Law) ? a person may constitution not to be subject to an (Arrest without a warrant) ? sue for award of money damages against anyone who under color of any state Law or custom intentionally violates his Right under the constitution of the United States Bill of Rights 4 and 5 Amendment civil Rights violations a ?

Constitutional due process rights denied Plaintiff ??

Civil No.: ____ (Leave blank. To be filled ...) MR Pack was not criminal charged (NO) Arrest warrant

Moot by the Police officers 1 October 2008

No WDQ-11-325

4. The Clerk SEND a copy of this Order to Plaintiff. illegal arrest

MR Pack Prose can't Provide counsel ? for Federal court Judges ?

Attorney for Defendant Police case 0093645OM4 ??

William D. Quarles, Jr. Voided

(Guilty ? Judges constitutional due process rights denied MR Pack ?? The perfect cover up story ??)

Senior Judge, William M Nickerson Federal court Lied cover up conspiracy perjury

Voided Judge William D Quarles Jr Federal court ? Lied cover up conspiracy perjury Voided

Judge Richard D Bennett Federal court ? Lied cover up conspiracy Perjury

(NO) criminal charges ? case 0093640 M4 (NO) Arrest warrant ? Voided

?? False statement to public official concerning crime ???

Judges Attorney for defendant the Police case 0093645OM4 criminal Law Article 9-503

MR Pack was illegal Arrested ? Perjury (Not) name in case 0093645OM4 ?

(a) a person may not willfully and falsely make an oath on affirmation

(1) if the false swearing is perjury at common Law

(2) in an affidavit made required by Law

(3) in an affidavit made to induce a court on officer to pass an accon claim MR Pack Prose can't Provide counsel for Judges ?

(4) in an affidavit required as part of the government on the general assembly on an officer of the government

(5) in an affidavit made under Maryland Rule

MR Pack was illegal Arrested ? criminal Law Article 9-101 ???

Subornation of Perjury

(a) a person may not procure another to commit perjury as prohibited by § 9-101 of this subtitle criminal Law Article 9-102

MR Pack was illegal Arrested ? conspiracy MR Pack Prose can't Provide counsel for Judges ?

A plan or understanding between 2 or more person to commit an unlawful act The crime is complete when the agreement is enter into Quaglione v State 15 Md App. 571 (1972) criminal Law Article 1-202

(16 Sept 2003 Trial Date case cover up 0093645OM4 16 Sept 2003 ) Voided ?

(NO) Arrest warrant ? Missing (Not) charged criminal ???

Voided case 0093645OM4 Michael Lawrence Pack illegal Arrested ?

1 October 2008 Booking ID CBF 2008 9443 40, illegal Arrested ?

Judges constitutional due process rights denied MR Pack ???

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

MICHAEL PACK
Plaintiff

v. : Civil Action No. RDB-12-131

MTA OFFICER ANJANETTE JONES :
Respondent

o0o

**MEMORANDUM OPINION**

Michael Pack has filed another complaint alleging that he was unlawfully arrested without a warrant by Officer Anjanette Jones. Pack requests damages of $100 million in damages. The matter shall be dismissed in accordance with the Court's Order of June 20, 2011. *See Pack v. MTA Officer Anjanette Jones, et al*, Civil Action No. RDB-11-1576.

Pack is a frequent self-represented litigator who has filed dozens of cases in this court concerning the incidents identical or related to those alleged in this complaint.[1] These cases were considered and either determined to lack merit or dismissed outright. Pack was repeatedly warned that if he continued his pattern of multiple, vexatious filings, burdening this Court, his pleadings would be subject to a pre-filing injunction. *See* e.g. *Pack v. Baltimore City Police Department*, Civil Action No. WDQ-09-1484 (D. Md); *Pack v. Officer Anjanette Jones*, Civil Action No. ELH-11-837; *Pack v. MTA Officer Anjanette Jones*, Civil Action No. WNM-11-1181; *Pack v. MTA Officer Anjanette Jones, et al*, Civil Action No. RDB-11-1576; *Pack v. MTA Officer Anjanette Jones*, Civil Action No. RDB-11- 1739; *see also Cromer v. Kraft Foods N. Am., Inc.*, 390 F.3d 812,

Judge Nickerson case 00936450H4 ???
Lied cover up conspiracy Perjury ???
Guilty Judge constitutional due process Rights denied MR Pack ???
Judge Richard D Bennett RDB-12-131 and RDB-11-1576

Voided

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

Evidence cover up Booking ID CBF2006966348
Judge Attorney for Defendant the Police ?
case 00936450H4 ??? Moot
Rule 59 (b) 3 and 9

MICHAEL PACK
Booking ID CBF2006966348
Plaintiff
was never charged - Judge Lied ?

v.

Voided cover up case 00936450H4 ???

Civil Action No. WMN-11-1462

Voided

MTA OFFICER ANJANETTE JONES, et al.
No warrant to allow the arrest illegal
Defendants

order
MR Pack Prose can't provide counsel ???

Moot

**ORDER**

Judge Nickerson Lied

civil Action NO RDB-12-131

Michael Pack complains that in 2003 he was unlawfully arrested by Officer Anjanette Jones. He requests damages of $50 million. Pack is a frequent self-represented litigant who has filed numerous cases in this court concerning the same or similar allegations.[1] These cases were found without merit or dismissed outright.

Judge lied Perjury cover up Perjury Perjury
Mass Transit Prohibits Act Void (A) (C) Transportation Articles 7-705 Void illegal Voided 5 Amendment
Moot civil Action NO RDB-12-131 (NO) Due process of Law 5 Amendment MD Rule 4-211 October 2008
Voided Moot Voided (NO) Due process of Law case 00936450H4 civil Action RDB-11-1576

It is hereby ORDERED this 7th day of June 2011, by the United States District Court for the District of Maryland:

Judge Nickerson lied MR Pack Never wrote what was said by the Judge court order is Perjury ?

1. The Motion to Proceed in Forma Pauperis (ECF No. 2) is GRANTED;

civil Action NO RDB-12-131 Conspiracy cover up Perjury

2. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e) (2) (B) (i);

Moot
Judge Richard D Bennett

3. The case is CLOSED; and

Lied cover up conspiracy Perjury 4 Amendment
Voided / October 2008 MR Pack arrested Denied Right

4. The Clerk SEND a copy of this Order to plaintiff.

To counsel Public Defender and pension case 00936450H4 (NO) Due process of Law 5 Amendment MD Rule 4-211 (NO) 5 Amendment illegal

/s/

William M. Nickerson
Senior Judge

MR Pack Prose can't Provide counsel ? Judge Attorney!

Plaintiff Michael Lawrence Pack prose can't provide counsel? Judges constitutional (Due process Right denied) Plaintiff Michael Lawrence Pack (Violated) (Due process of Law under 5 Amendment? (None) under (United State constitution Plaintiff constitutional Due process Right denied Plaintiff Michael Lawrence Pack? under 4 Amendment a civil Right violation Plaintiff Michael Lawrence Pack Violated 42 USC 1983 under United state constitution Right not to be (arrested without due process of Law) (Judges) denied Plaintiff Michael Lawrence Pack ? Due process of Law under (4 Amendment) a civil Right Violation (Plaintiff MR Pack violated 42 USC 1983 under constitution (Arrested without a warrant) ??



Citation [illegible] Error Name on Police Officers citation Voided ????

STATE OF MARYLAND
Mass Transit Administration
CITATION

*136450M4*

DEFENDANT Michael Lawrence Pack (FIRST / MIDDLE / LAST NAME)
ADDRESS 5911 Llewellyn Ave
CITY Baltimore CO. STATE MD ZIP 21207
SOUNDEX NO. STATE
OTHER I.D. 2V3 80 [illegible]

| PHONE NO. | RACE | SEX | HEIGHT | WEIGHT | AGE | D.O.B. |
|---|---|---|---|---|---|---|
| | B | M | 5 11 | 165 | 41 | 12 12 61 |

| VIOLATION DATE | TIME | AM/PM | COUNTY/CITY |
|---|---|---|---|
| 04 17 03 | 1804 | PM | Balto |

LOCATION OF VIOLATION: 120 N Cent St

| VIOLATION OF | ARTICLE | SECTION | SUB-SECTION | PARA. |
|---|---|---|---|---|
| | TA | 7 | 705 | [illegible] |

CHARGE: Failure to exhibit proof of payment

Voided ?

The preset fine established by the District Court for this offense is $ 30.45 which includes court costs.
You have the right to stand trial or to pay the fine listed above and avoid trial.
Location of court appearance or payment of fine: Balto
District Court of Maryland for County/City
located at 501 E. Fayette St

☐ You are hereby summoned to appear in the District Court of Maryland at the above listed location on ______, 20__ at ______ M.
☑ You will be notified by the Court when and where to appear for trial.

**Your failure to obey this Citation may result in the issuance of a warrant for your arrest. (See reverse for important information.)**
I sign my name as receipt of a copy of this Citation and not as an admission of guilt. I also sign my name as a written promise to appear for trial at the date and time and in the District Court specified above, unless, prior to trial, I elect to plead guilty by payment of a preset fine.

X [signature] Voided ?
SIGNATURE OF DEFENDANT

WARNING:
**REFUSAL TO SIGN THIS CITATION MAY LEAD TO YOUR ARREST**

I do solemnly declare and affirm under penalty of perjury that the contents of the foregoing document are true and correct to the best of my knowledge and belief.

Officer's Signature [signature] DATE 04 17 03

| DIST. CT. NO. | AGENCY | SUB-AGENCY | I.D. NO. |
|---|---|---|---|
| 01 01 | [illegible] | 0001 | 0168 |

DEFENDANT COPY

MTA Anjanette Jones error spelling the name is Gross Neglience Voided ? the citation A.K.A ??

MTA Anjanette Jones is Gross Neglience Violation the Digest of criminal Law Maryland Police and correction Training commissions Book Voided ? the citation Book page 35 (i) the citation shall ???? (i) The name and address at the person charged ??? citation is Voided ?

Mr Michael L Pack was never criminal charged in citation ??

04-17-03 Voided

Case 0093648OM4 1 October 2008 Voided ??

Mass Transit Prohibit Act Voided illegal

(i) (F) Transportation Article 7-705 voided illegal Judges constitutional due process Rights denied Mr Pack ??? 5 Amendment Rule 59(B)(3) and (4)

(iii) Due process of law under Mr Pack was not criminal charged illegal Arrested illegal Voided Judges Attorney for Defendant - Police ??

MR Pack PRO SE can't provide counsel ?

In Justice Bned Justice ?

BLACK LINES ON OTHER SIDE ARE DISTORTED, BROKEN OR SMEARED, DO NOT OPEN- NOTIFY SUPERVISOR IMMEDIATELY

Plaintiff Michael Lawrence Pack is Prose can't provide counsel ???

1) Write information in area provided.
2) Remove tear-off record before sealing bag, and give it to arrestee.
3) Turn bag over. Place on flat surface and remove liner from adhesive area.
4) Fold flap down and press closed.

Judges Attorney for the Police ??? example

DATE: 2-25-07

ARRESTEE NAME: Pack, Micheal

ID#: 2-696340

SAID TO CONTAIN: $ ~~73.00~~ 73.00

ABO SIGNATURE: [signature]

[signature] Michael P

SHIFT COMMANDER SIGNATURE (NEEDED FOR AMOUNT OVER $500)

2008 I was giving a copy of a document like a copy like this Oct 2008 personal items for Arrest illegaly Booking ID Pack Michael Intake IDCBF2006966340 10-1-2008 ?

Federal Court Judges Attorney for the Police ??

of the pre-filing injunction.

Judge Richard D Bennett Judge Williams D Quarle, and Senior Judge Williams M Nickerson

A separate Order follows.

Arrested (No Arrest Warrant) in central Booking Intake Booking I D CB F2006966340

Dated February 17, 2012

Pack, Michael Lawrence 1 October 2008 Arrested on MTA officer AnJanet

Federal Judges Attorney for the Police ??

Judge Williams D Quarles

Jones case 0093645OM9 Judge Richard D Bennett

Senior Judge William M Nickerson L-12-266, RDB-11-1576, RDB-12-131, WMN-11-1442 ?

MTA Officer AnJanette Jones case 0093645OM9 Voided citation 04-17-03 Voided case 0093645OM9

Unlawful Arrested no warrant ? 1 October 2008 Intake Booking CBF2006966340

Pack, Michael Lawrence Arrested (No Arrest Warrant) 4 and 14 Amendment

a civil Right violation 42 USC 1983 unlawful Arrested ?

1 October 2008 on no warrant Mr Michael Pack ?

ID Central Booking ID CBF2006966340 Pack Michael (NO case filed in Court) (No Proof) is (Guilty)

Personal Property List/Receipt Page 1 of 1

Central Booking intake DATE: 10 Oct 2008 TIME: Case 00936450 M4 Voided

Defendant's Name: PACK, MICHAEL LAWRENCE Booking ID CBF2006966340 10 October 2008 MR Pack (not Person Changed) (No Proof) and (No evidence) in the name Pack Michael Lawrence changed case 00936450 M4 Voided Voided effort of illegal Arrest (no Proof) (Not Guilty)

| | Number of Bags | Amount |
|---|---|---|
| Cash: | 1 | $73.00 |
| Valuables: | 2 | |
| Regular: | | |

Valuable Items: 0304559 MD ID CARD WALLET W/CONTENTS

ID card Maryland ID card?

(no charges) were filed against MR Pack (no Arrest warrant) Executing an Arrest warrant tort action under 42 USC 1983?

Case 00936450 M4 Voided (No Plaintiff) and (No Defendant) for Judge Bennett in M1A Aikens John case 00936450 M4

GRANTED, the complaint

Central Booking Intake Booking ID

CBF2006966340

PACK, MICHAEL LAWRENCE ??? Central Booking Jail ID number

CBF2006966340 illegal Booking, illegally Arrested 10 October 2008 Pack Michael Lawrence? in case 00936450 M4 (Voided) (not an Arrest) in case 00936450 M4 Voided civil Right violation 42 USC 1983 and 4 and 14 Amendment case 00936450 M4 Voided civil Right violation

Judge Richard Bennett, William D Quarles Jr and William M Nickerson

42 USC § 1983 and 4 and 14 Amendment? The exclusionary Rule as it relates to arrest, state that evidence obtained by exploitation of an (unlawful arrest) will be (inadmissible in court) in a prosecution against the Person arrested effect of illegal? Arrest? If the (person being arrested? claims (not to be the Person? identified) in the warrant and there is a reasonably simply and direct means of checking that claim the officer who Arrest without checking may be civilly liable for (false arrest) and (false imprisonment? Executing an Arrest warrant? (Person who have been illegally arrested) or have had their privacy invaded will usually have a tort action available under state status or common law Moreover Law enforcement officers acting under color of state Law who violated a Person's Fourth Amendment rights are subject to a suit for damages and other remedies in federal courts under a federal civil Right status 42 USC § 1983

INJUSTICE IS NOT JUSTICE??

2

InJustice is not Justice ?

Opening Statement (2) Continued

I am the Plaintiff Michael Lawrence Pack filing class action Lawsuit against Defendant MTA officer AnJanette Jones I the Plaintiff Michael Lawrence Pack am claiming the grounds for the Lawsuit federal question (suit is based upon a federal statute or provision of the United States constitution constitutional due process rights (denied) Plaintiff Michael Lawrence Pack under 4 Amendment a civil right violation Plaintiff Michael Lawrence Pack violated 42 USC §1983 against Defendant MTA officer AnJanette Jones under Fourth Amendment of the United State constitution and by a federal statutes protecting the civil rights of all person within the United states namely 42 USC 1983 I the Plaintiff Michael Lawrence Pack has brought the above captioned action against MTA officer AnJanette Jones alleging the claim of a civil Right violation under 42 USC 1983 for the reason set forth herein Judgement in favor of Plaintiff Michael Lawrence Pack claim damages alleged to have been sustained as the Result of a deprivation under color of state Law of a right secured to Plaintiff Michael Lawrence Pack by the Fourth amendment of the United States constitution and federal statutes protection the civil Right of all person within the United State namely ? 42 USC §1983 An injury or damages is proximately caused by a act when ever it appear s from the evidence in the case actully causing the Injury or damages to plaintiff Michael Lawrence Pack The Plaintiff Michael Lawrence Pack claims that the Defendant MTA officer AnJanette Jones Intentionally deprived the Plaintiff Michael Lawrence Pack of Right under the constitution of the United States under the constitution of the United States ? a citizen has both the Right to his liberty and the Right not to be (Arrested ? without due process of Law ? Plaintiff Michael Lawrence Pack He also has the Right under constitution not to be subject to an (Arrest without a warrant) ? Plaintiff Michael Lawrence Pack a person may sue for a award of money damages against anyone Defendant MTA officer AnJanette Jones who under color of of any state Law or custom intentionally violates his Right Plaintiff Michael Lawrence Pack under the constitution of the United states 4 Amendment civil Rights violation with in United States namely 42 USC 1983 ?

InJustice is not Justice ?

In Justice is Not Justice?

Federal court Judges have violated Mr Pack civil Rights in my my filing of Mr Pack Lawsuit and this is the cover up made against Mr Pack civil Rights violation Lawsuit by the Federal courts that they violated Mr Pack civil Right by violating the United States constitution you both are lawyers in passing a Bill Freedom to protect All African American people from criminal back ground check they discriminating and discrimination is unconstitutional In Justice is not Justice when it come to African American from being able to getting Job, Housing and Voting discrimination unconstitutional we African American are Riding in the back of the Bus Rossa Parks Mrs Obama what if Rossa Parks diding take astand you and your little girls would be Riding in the back of the Bus and Mr Obama if Dr Martin Luther King diding take a stand there would be no civil Rights and discrimination would have Kept Mr obama from being President Black and white only discrimination is unconstitutional this is why African American to need a Freedom Bill passing by you husband in helping in Jobs, Housing and voting to stop discrimination unconstitutional from criminal background check made against 99% of African American prisoner on homeless this most stop you both are educated in justice not Justice you both are African American and your children are Dr Martin Luther King won't be President, Rossa Parks won't be the First Laday and I Mr Pack and my baby girl both serve in the Army tell my baby girls disable from Iraqi War won't see in Inside of the white house on love there Freedom is not free Mrs Obama you most take a stand because you are African American and to help the African America People

In Justice is not Justice? Thank you